# S E A L E D

TODD M. LEVENTHAL, ESQ
Nevada Bar No. 008543
600 South Third Street
Las Vegas, Nevada 89101
(702) 384-1990
Attorney for Defendant
TODD EDMOND

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>            Plaintiff,                    )<br>                                                    )<br>    vs.                                          )<br>                                                    )<br> TODD EDMOND,                    )<br>                                                    )<br>            Defendant.                 )<br>_____) | CR-10-00320-KJD(PAL)<br><br>**STIPULATION TO CONTINUE** |

   IT IS HEREBY STIPULATED AND AGREED by and between Defendant, TODD EDMOND, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, DANIEL G. BOGDEN, United States Attorney and LUCAS FOLETTA, Assistant U.S. Attorney, that the arraignment and plea hearing currently set for July 27, 2010 at 9:00 be vacated and reset..

   This Stipulation is entered into for the following reasons:

   1. Counsel for the defendant will be out of the Country beginning on July 22, 2010 and returning on August 9, 2010.

   2. Counsel for the defendant has spoken to Mr. Edmond and he has no opposition to the continuance.

   3. Mr. Edmond is currently not in custody.

   4. Counsel for Mr. Edmond has spoken to Mr. Lucas Foletta, Assistant United States Attorney, and he has no objection to the continuance.

   5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Section 3161 (h)(3)(A), when considering the factors under Title 18, United States Code, Section3161(h)(7)(b)i and 3161 (h)(7)(b)(iv).

DATED this 14th day of July, 2010.

_____-S-_____                    _____-S-_____
TODD M. LEVENTHAL, ESQ.                          LUCAS FOLETTA, ESQ.
Counsel for defendant                                    Assistant U.S. Attorney

TODD M. LEVENTHAL, ESQ
Nevada Bar No. 008543
600 South Third Street
Las Vegas, Nevada 89101
(702) 384-1990
Attorney for Defendant
TODD EDMOND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | CR-10-00320-KJD(PAL) |
| Plaintiff,           ) | |
| ) | **FINDINGS OF FACT, CONCLUSIONS** |
| vs.           ) | **OF LAW** |
| ) | |
| TODD EDMOND,           ) | |
| ) | |
| Defendant.           ) | |
| _____) | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Counsel for the defendant will be out of the Country beginning on July 22, 2010 and returning on August 9, 2010.

2. Counsel for the defendant has spoken to Mr. Edmond and he has no opposition to the continuance.

3. Mr. Edmond is currently not in custody.

4. Counsel for Mr. Edmond has spoken to Mr. Lucas Foletta, Assistant United States Attorney, and he has no objection to the continuance.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(3)(A), when considering the factors under Title 18, United States Code, Section3161(h)(7)(b)i and 3161 (h)(7)(b)(iv).

//
//
//

**ORDER**

Accordingly, IT IS SO ORDERED that the August 2~~7~~<sup>th</sup> 2, 2010 at 9:00 a.m. hearing is vacated and the same is continued and reset for  August 24 , 201 0 , at the hour of  9:00  a.m., in courtroom # 6D .


Dated this  29th  day of July, 2010.


/S/ KENT J. DAWSON
UNITED STATES JUDGE